## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 23-03013 | Trustee Name: | Lisa E. Gocha |
|---|---|---|---|
| Case Name: | FOSTER, RYAN MICHAEL | Date Filed (f) or Converted (c): | 12/29/2023 (f) |
| For the Period Ending: | 1/26/2024 | §341(a) Meeting Date: | 01/22/2024 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  2019 Dodge Ram 1500 Mileage: 42,000 Other Information: Names on Title: Ryan Foster Condition: Good Insurance through Grand River Insurance Expires on: 8/5/2024 NADA Value: $29,872 | $29,872.00 | $1,786.88 | | $0.00 | $29,872.00 |
| 2  Household Goods located in Debtors possession: Antique household goods and decorations, porcelain signs, and glassware as referenced in Exhibit A. No single item is worth more than $700. | $5,264.40 | $0.00 | | $0.00 | $5,264.40 |
| 3  Electronics located in Debtors possession: Laptops (2), Cell Phone, Printer, Keyboard, Monitors, and Docking Station. No Single Item is worth more than $700.. | $3,000.00 | $0.00 | | $0.00 | $3,000.00 |
| 4  Electronics located in Debtors possession: Laptop | $2,000.00 | $0.00 | | $0.00 | $2,000.00 |
| 5  Collectibles located in Debtors possession: Miscelleanous Baseball Cards | $875.00 | $875.00 | | $0.00 | $875.00 |
| 6  Clothing located in Debtors possession: Everyday Clothing, Jeans, Jackets, and Shoes. No Single item is worth more than $700. | $4,000.00 | $0.00 | | $0.00 | $4,000.00 |
| 7  Cash located in Debtors possession at time of filing. | $20.00 | $0.00 | | $0.00 | $20.00 |
| 8  Reserve PNC Bank PO Box 609 Pittsburgh, PA 15230-9738 Acct No.: 9946 Balance as of Date of Filing: $0.02 | $0.02 | $0.00 | | $0.00 | $0.02 |
| 9  Spend PNC Bank PO Box 609 Pittsburgh, PA 15230-9738 Acct No.: 6306 | $11,736.57 | $0.00 | | $0.00 | $11,736.57 |
| 10 Growth PNC Bank PO Box 609 Pittsburgh, PA 15230-9738 Acct No.: 6653 Balance as of Date of Filing: $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| 11 Robinhood Account 85 Willow Rd Menlo Park, CA 94025 | $12.41 | $0.00 | | $0.00 | $12.41 |

| Case No.: | 23-03013 | | Trustee Name: | Lisa E. Gocha |
|---|---|---|---|---|
| Case Name: | FOSTER, RYAN MICHAEL | | Date Filed (f) or Converted (c): | 12/29/2023 (f) |
| For the Period Ending: | 1/26/2024 | | §341(a) Meeting Date: | 01/22/2024 |
| | | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 12 | Coinbase, Inc 100 Pine Street, Ste 1250 San Franciso, CA 94111 | $14.68 | $0.00 | | $0.00 | $14.68 |
| 13 | A-Z Trading Co 735 Crofton Street SE Grand Rapids, MI 49507 Business is no longer operating and has since been disolved. All inventory and assets have been liquidated at an auction in November 2023. 100 % | $0.00 | $0.00 | | $0.00 | $0.00 |
| 14 | Survival Gorilla, LLC 943 Fuller Ave NE Grand Rapids, MI 49503 Business is no longer operating. No assets remain. 100 % | $0.00 | $0.00 | | $0.00 | $0.00 |
| 15 | Pay Per Call, LLC 47 Beachway St Whitmore Lake, MI 48189 Business is no longer operating. No assets remain. 100 % | $0.00 | $0.00 | | $0.00 | $0.00 |
| 16 | Intrinsic Investing Group 47 Beachway St Whitmore Lake, MI 48189-9598 Business is no longer operating. No assets remain. 100 % | $0.00 | $0.00 | | $0.00 | $0.00 |
| 17 | Byzantine Growth, LLC 47 Beachway St Whitmore Lake, MI 48189 Business is no longer operating. No assets remain. 100 % | $0.00 | $0.00 | | $0.00 | $0.00 |
| 18 | Emporium Advisory Group, LLC 943 Fuller Ave NE Grand Rapids, MI 49503 Business is no longer operating. No assets remain. 100 % | $0.00 | $0.00 | | $0.00 | $0.00 |
| 19 | Estimated Pro Rata Tax Refund for 2023. Federal and State | $3,500.00 | $3,500.00 | | $0.00 | $3,500.00 |
| 20 | Accrued Wages at Time of Filing. | $1,000.00 | $0.00 | | $0.00 | $1,000.00 |
| 21 | Term Life Insurance Policy through Lincoln Financial Group 100 N. Greene Street Greensboro, NC 27401 Payable on Death Amount: $500,000 April Foster | $0.00 | $0.00 | | $0.00 | $0.00 |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 23-03013 | Trustee Name: | Lisa E. Gocha |
|---|---|---|---|
| Case Name: | FOSTER, RYAN MICHAEL | Date Filed (f) or Converted (c): | 12/29/2023 (f) |
| For the Period Ending: | 1/26/2024 | §341(a) Meeting Date: | 01/22/2024 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **TOTALS (Excluding unknown value)** | $61,295.08 | $6,161.88 | | $0.00 | **Gross Value of Remaining Assets** $61,295.08 |

**Initial Projected Date Of Final Report (TFR):**

**Current Projected Date Of Final Report (TFR):**   01/21/2025

/s/ LISA E. GOCHA

LISA E. GOCHA