**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**
**GRAND RAPIDS DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 23-03013-JTG |
| | § | |
| RYAN MICHAEL FOSTER | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/29/2023. The undersigned trustee was appointed on 12/29/2023.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $4,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $0.00 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $4,000.00 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/30/2024 and the deadline for filing government claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,000.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $1,000.00, for a total compensation of $1,000.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $42.48, for total expenses of $42.48.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/28/2024          By:   /s/ Lisa E. Gocha
                                                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 23-03013 | | Trustee Name: | Lisa E. Gocha |
|---|---|---|---|---|
| Case Name: | FOSTER, RYAN MICHAEL | | Date Filed (f) or Converted (c): | 12/29/2023 (f) |
| For the Period Ending: | 5/28/2024 | | §341(a) Meeting Date: | 01/22/2024 |
| | | | Claims Bar Date: | 04/30/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  2019 Dodge Ram 1500 Mileage: 42,000 Other Information: Names on Title: Ryan Foster Condition: Good Insurance through Grand River Insurance Expires on: 8/5/2024 NADA Value: $29,872 | $29,872.00 | $1,786.88 | | $500.00 | FA |
| 2  Household Goods located in Debtors possession: Antique household goods and decorations, porcelain signs, and glassware as referenced in Exhibit A. No single item is worth more than $700. | $5,264.40 | $0.00 | | $0.00 | FA |
| 3  Electronics located in Debtors possession: Laptops (2), Cell Phone, Printer, Keyboard, Monitors, and Docking Station. No Single Item is worth more than $700.. | $3,000.00 | $0.00 | | $0.00 | FA |
| 4  Electronics located in Debtors possession: Laptop | $2,000.00 | $0.00 | | $0.00 | FA |
| 5  Collectibles located in Debtors possession: Miscelleanous Baseball Cards | $875.00 | $875.00 | | $500.00 | FA |
| 6  Clothing located in Debtors possession: Everyday Clothing, Jeans, Jackets, and Shoes. No Single item is worth more than $700. | $4,000.00 | $0.00 | | $0.00 | FA |
| 7  Cash located in Debtors possession at time of filing. | $20.00 | $0.00 | | $0.00 | FA |
| 8  Reserve PNC Bank PO Box 609 Pittsburgh, PA 15230-9738 Acct No.: 9946 Balance as of Date of Filing: $0.02 | $0.02 | $0.00 | | $0.00 | FA |
| 9  Spend PNC Bank PO Box 609 Pittsburgh, PA 15230-9738 Acct No.: 6306 | $11,736.57 | $0.00 | | $0.00 | FA |
| 10  Growth PNC Bank PO Box 609 Pittsburgh, PA 15230-9738 Acct No.: 6653 Balance as of Date of Filing: $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 11  Robinhood Account 85 Willow Rd Menlo Park, CA 94025 | $12.41 | $0.00 | | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No.: | 23-03013 | Trustee Name: | Lisa E. Gocha |
|---|---|---|---|
| Case Name: | FOSTER, RYAN MICHAEL | Date Filed (f) or Converted (c): | 12/29/2023 (f) |
| For the Period Ending: | 5/28/2024 | §341(a) Meeting Date: | 01/22/2024 |
| | | Claims Bar Date: | 04/30/2024 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 12 | Coinbase, Inc 100 Pine Street, Ste 1250 San Franciso, CA 94111 | $14.68 | $0.00 | | $0.00 | FA |
| 13 | A-Z Trading Co 735 Crofton Street SE Grand Rapids, MI 49507 Business is no longer operating and has since been disolved. All inventory and assets have been liquidated at an auction in November 2023. 100 % | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Survival Gorilla, LLC 943 Fuller Ave NE Grand Rapids, MI 49503 Business is no longer operating. No assets remain. 100 % | $0.00 | $0.00 | | $0.00 | FA |
| 15 | Pay Per Call, LLC 47 Beachway St Whitmore Lake, MI 48189 Business is no longer operating. No assets remain. 100 % | $0.00 | $0.00 | | $0.00 | FA |
| 16 | Intrinsic Investing Group 47 Beachway St Whitmore Lake, MI 48189-9598 Business is no longer operating. No assets remain. 100 % | $0.00 | $0.00 | | $0.00 | FA |
| 17 | Byzantine Growth, LLC 47 Beachway St Whitmore Lake, MI 48189 Business is no longer operating. No assets remain. 100 % | $0.00 | $0.00 | | $0.00 | FA |
| 18 | Emporium Advisory Group, LLC 943 Fuller Ave NE Grand Rapids, MI 49503 Business is no longer operating. No assets remain. 100 % | $0.00 | $0.00 | | $0.00 | FA |
| 19 | Estimated Pro Rata Tax Refund for 2023. Federal and State | $3,500.00 | $3,500.00 | | $3,000.00 | FA |
| 20 | Accrued Wages at Time of Filing. | $1,000.00 | $0.00 | | $0.00 | FA |
| 21 | Term Life Insurance Policy through Lincoln Financial Group 100 N. Greene Street Greensboro, NC 27401 Payable on Death Amount: $500,000 April Foster | $0.00 | $0.00 | | $0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:  3

Exhibit A

| Case No.: | 23-03013 | | Trustee Name: | Lisa E. Gocha |
|---|---|---|---|---|
| Case Name: | FOSTER, RYAN MICHAEL | | Date Filed (f) or Converted (c): | 12/29/2023 (f) |
| For the Period Ending: | 5/28/2024 | | §341(a) Meeting Date: | 01/22/2024 |
| | | | Claims Bar Date: | 04/30/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

**TOTALS (Excluding unknown value)**                                                                                                **Gross Value of Remaining Assets**

$61,295.08          $6,161.88                                   $4,000.00          $0.00

**Major Activities affecting case closing:**
04/01/2024    Settlement order entered - waiting for claims bar date to pass
01/27/2024    Nnn-exempt assets

Initial Projected Date Of Final Report (TFR):    01/21/2025        /s/ LISA E. GOCHA
Current Projected Date Of Final Report (TFR):   01/21/2025        LISA E. GOCHA

**FORM 2**

Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 23-03013 | | | Trustee Name: | Lisa E. Gocha |
|---|---|---|---|---|---|
| Case Name: | FOSTER, RYAN MICHAEL | | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***1700 | | | Checking Acct #: | ******0270 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 12/29/2023 | | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 5/28/2024 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/29/2024 | | RYANMFOSTER | Pymt non-exempt assets | * | $4,000.00 | | $4,000.00 |
| | {19} | | $3,000.00 | 1124-000 | | | $4,000.00 |
| | {5} | | $500.00 | 1129-000 | | | $4,000.00 |
| | {1} | | $500.00 | 1129-000 | | | $4,000.00 |
| | | | **TOTALS:** | | $4,000.00 | $0.00 | $4,000.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,000.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $4,000.00 | $0.00 | |

| For the period of 12/29/2023 to 5/28/2024 | | For the entire history of the account between 02/29/2024 to 5/28/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,000.00 | Total Compensable Receipts: | $4,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.00 | Total Comp/Non Comp Receipts: | $4,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No. | 23-03013 | |
| Case Name: | FOSTER, RYAN MICHAEL | |
| Primary Taxpayer ID #: | **-***1700 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/29/2023 | |
| For Period Ending: | 5/28/2024 | |

| | |
|---|---|
| Trustee Name: | Lisa E. Gocha |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0270 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $4,000.00 | $0.00 | $4,000.00 |

For the period of 12/29/2023 to 5/28/2024

| | |
|---|---|
| Total Compensable Receipts: | $4,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the case between 12/29/2023 to 5/28/2024

| | |
|---|---|
| Total Compensable Receipts: | $4,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ LISA E. GOCHA

LISA E. GOCHA

**CLAIM ANALYSIS REPORT**

Page No: 1  Exhibit C

| Case No. | 23-03013 | | | | | | | | Trustee Name: | Lisa E. Gocha | | |
| Case Name: | FOSTER, RYAN MICHAEL | | | | | | | | Date: | 5/28/2024 | | |
| Claims Bar Date: | 04/30/2024 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LISA E. GOCHA  P.O. Box 398  Hudsonville MI 49426 | 02/21/2024 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $42.48 | $42.48 | $0.00 | $0.00 | $0.00 | $42.48 |
| | LISA E. GOCHA  P.O. Box 398  Hudsonville MI 49426 | 05/09/2024 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,000.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| 1 | DISCOVER BANK DISCOVER PRODUCTS INC  PO Box 3025  New Albany OH 43054-3025 | 02/01/2024 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,711.14 | $8,711.14 | $0.00 | $0.00 | $0.00 | $8,711.14 |
| 2 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP  PO Box 3001  Malvern PA 19355-0701 | 02/07/2024 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,279.49 | $4,279.49 | $0.00 | $0.00 | $0.00 | $4,279.49 |
| 3 | THE UBIQUITOUS AGENCY, INC  PO Box 4028  Chattanooga TN 37405 | 02/08/2024 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $17,250.00 | $17,250.00 | $0.00 | $0.00 | $0.00 | $17,250.00 |
| 4 | PNC BANK, NATIONAL ASSOCIATION  c/o Steven Arco  755 W Big Beaver Road  Troy MI 48084 | 04/16/2024 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $20,446.43 | $20,446.43 | $0.00 | $0.00 | $0.00 | $20,446.43 |
| 5 | MICHIGAN DEPARTMENT OF TREASURY  Bankruptcy Unit P.O. Box 30168  Dimondale MI 48909 | 04/22/2024 | Claims of Governmental Units-- 507(a)(8) | Allowed | 5800-000 | $0.00 | $212,160.53 | $212,160.53 | $0.00 | $0.00 | $0.00 | $212,160.53 |

**Claim Notes:**   (5-1) Priority (212,160.53), Unsecured (45,398.30)

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5a | MICHIGAN DEPARTMENT OF TREASURY  Bankruptcy Unit P.O. Box 30168  Dimondale MI 48909 | 04/22/2024 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $45,398.30 | $45,398.30 | $0.00 | $0.00 | $0.00 | $45,398.30 |

**Claim Notes:**   (5-1) Priority (212,160.53), Unsecured (45,398.30)

**CLAIM ANALYSIS REPORT**

| Case No. | 23-03013 | | | Trustee Name: | Lisa E. Gocha |
| Case Name: | FOSTER, RYAN MICHAEL | | | Date: | 5/28/2024 |
| Claims Bar Date: | 04/30/2024 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | BLUEVINE INC.<br>C/O Weinstein & Riley, P.S.<br>1415 WESTERN AVE, SUITE 700<br>SEATTLE WA 98101 | 04/22/2024 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $113,483.47 | $113,483.47 | $0.00 | $0.00 | $0.00 | $113,483.47 |
| 7 | AMAZON CAPITAL SERVICES, INC.<br>c/o K&L Gates LLP<br>Attn: Brian T. Peterson<br>925 4th Avenue, Suite 2900<br>Seattle WA 98104 | 04/30/2024 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $113,426.04 | $113,426.04 | $0.00 | $0.00 | $0.00 | $113,426.04 |
| | | | | | | $536,197.88 | $536,197.88 | $0.00 | $0.00 | $0.00 | $536,197.88 |

**CLAIM ANALYSIS REPORT**

Page No: 3   Exhibit C

| | | | | |
|---|---|---|---|---|
| **Case No.** | 23-03013 | | **Trustee Name:** | Lisa E. Gocha |
| **Case Name:** | FOSTER, RYAN MICHAEL | | **Date:** | 5/28/2024 |
| **Claims Bar Date:** | 04/30/2024 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Claims of Governmental Units-- 507(a)(8) | $212,160.53 | $212,160.53 | $0.00 | $0.00 | $0.00 | $212,160.53 |
| General Unsecured 726(a)(2) | $322,994.87 | $322,994.87 | $0.00 | $0.00 | $0.00 | $322,994.87 |
| Trustee Compensation | $1,000.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| Trustee Expenses | $42.48 | $42.48 | $0.00 | $0.00 | $0.00 | $42.48 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 23-03013-JTG
Case Name: RYAN MICHAEL FOSTER
Trustee Name: Lisa E. Gocha

Balance on hand: $4,000.00

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $4,000.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Lisa E. Gocha, Trustee Fees | $1,000.00 | $0.00 | $1,000.00 |
| Lisa E. Gocha, Trustee Expenses | $42.48 | $0.00 | $42.48 |

Total to be paid for chapter 7 administrative expenses: $1,042.48
Remaining balance: $2,957.52

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $2,957.52

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $212,160.53 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---:|---|---:|---:|---:|
| 5 | Michigan Department of Treasury | $212,160.53 | $0.00 | $2,957.52 |

UST Form 101-7-TFR (5/1/2011)

|                                              | Total to be paid to priority claims: | $2,957.52 |
|---|---|---|
|                                              | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $322,994.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | $8,711.14 | $0.00 | $0.00 |
| 2 | American Express National Bank c/o Becket and Lee LLP | $4,279.49 | $0.00 | $0.00 |
| 3 | The Ubiquitous Agency, Inc | $17,250.00 | $0.00 | $0.00 |
| 4 | PNC Bank, National Association | $20,446.43 | $0.00 | $0.00 |
| 5a | Michigan Department of Treasury | $45,398.30 | $0.00 | $0.00 |
| 6 | Bluevine Inc. | $113,483.47 | $0.00 | $0.00 |
| 7 | Amazon Capital Services, Inc. | $113,426.04 | $0.00 | $0.00 |

|   | Total to be paid to timely general unsecured claims: | $0.00 |
|---|---|---|
|   | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|   | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|   | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**